IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 05-363 |
| | ) |
| ANDREA J. MOUDY | ) |

ORDER OF COURT

AND NOW, to wit, this 2nd day of July, 2007, upon consideration of the Motion to Dismiss Indictment, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment at Criminal No. 05-363 as against defendant, Andrea J. Moudy, is hereby DISMISSED.

_____
UNITED STATES DISTRICT JUDGE

cc:   Counsel for Defendant
      United States Attorney
      United States Marshals Service
      Pretrial Services